**CLERK'S OFFICE**
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
SAN JUAN PR 00918-1767

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Este cliente ya no está
bajo el programa, favor
devolver al lugar
correspondiente.

Hasler
07/07/2008
US POSTAGE    $00.42⁰

FIRST CLASS MAIL

ZIP 00918
011D11605804

ATTEMPTED NOT KNOWN
BAYAMON BRANCH 00960

98-129 (SEC)

RECEIVED & FILED
2008 JUL 21  PM 3:47

Sr. Tomas Melendez-Sanchez
P.O. Box 8554
Bayamon, PR 00960